```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA


IN RE: KENNETH A. DIXON and      :   CIVIL ACTION
VALERIE D. DIXON,                :
       Debtors and Appellants    :
                                 :   No. 09-1451
                                 :
                                 :   (Bankruptcy No. 08-10510)
```

ORDER

AND NOW, this 24th day of June 2009,

IT IS ORDERED that the Order of Bankruptcy Judge Diane Weiss Sigmund dated February 26, 2009, denying the motion for reconsideration of the order dated January 20, 2009, is AFFIRMED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,      Sr. J.